IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bailey, Janice M | Case Number:  08 B 10181 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  4/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: June 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 0.00 |
| 2. | West Suburban Auto Sales | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Unsecured | 1,441.03 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 28.94 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 124.83 | 0.00 |
| 6. | B-Real LLC | Unsecured | 60.95 | 0.00 |
| 7. | AIS Services | Unsecured | 43.10 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 110.75 | 0.00 |
| 9. | American Collection Corp | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | National Recoveries Inc | Unsecured | | No Claim Filed |
| 12. | UPA Scattered Sites West | Unsecured | | No Claim Filed |
| 13. | Surety Finance | Unsecured | | No Claim Filed |
| 14. | R & R Country Motors | Unsecured | | No Claim Filed |
| 15. | USA Payday Loans | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,293.60 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bailey, Janice M | Case Number:  08 B 10181 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  4/24/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

